|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | FEB 13 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

MAPLEBEAR INC., doing business as Instacart,

          Intervenor-Plaintiff - Appellant,

 v.

CITY OF SEATTLE,

          Defendant - Appellee.

No. 25-231

D.C. No. 2:24-cv-02103-MJP
Western District of Washington, Seattle

ORDER

The opening brief submitted by Appellant Maplebear Inc. is filed.

Within 7 days of this order, Appellant must file 6 copies of the brief in paper format bound with blue front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The excerpts of record submitted by Appellant Maplebear Inc. are filed. Within 7 days of this order, Appellant must file 3 copies of the excerpts in paper format securely bound on the left side, with white front cover pages.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT